COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Lidia Clark & Kenneth Clark v. U.S. Bank National Association, as
                            Trustee for the Structured Asset Investment Loan Trust 2005-6

Appellate case number:    01-11-01066-CV

Trial court case number:  1000493

Trial court:                County Civil Court at Law No. 2 of Harris County, Texas

   The trial court's judgment in the above-referenced case was signed November 14, 2011. The notice of appeal was filed November 30, 2011. The appellate record was due to be filed in this Court by January 13, 2012. *See* TEX. R. APP. P. 35.1. The clerk's record has been filed. The reporter's record has not been filed.

   On March 7, 2012, the Court notified the court reporter, Gina Oliver, that the reporter's record had not been received for filing and directed that the record be filed no later than March 27, 2012. *See* TEX. R. APP. P. 35.1, 37.3(a)(1). The Court directed the reporter to notify the Court by that date if the proceedings were not recorded, if appellant had not requested that the reporter's record be prepared, or if appellant had not paid or made arrangements to pay for the record. *See* TEX. R. APP. P. 35.3(b)(2). The reporter did not respond.

   The reporter's record has been past due for nearly six months. Failure either to file the record or to notify the Court of the status of the record has caused significant delay in the ability of this Court to resolve the parties' dispute and to deliver justice in the timely manner expected.

   It is **ORDERED** that court reporter Gina Oliver file in this Court **no later than 5:00 p.m., 10 days from the date of this order** either (1) the reporter's record, with all requested exhibits, or (2) a written statement that the proceedings were not recorded, that appellant has not requested that a reporter's record be prepared, or that appellant has not paid or made arrangements to pay for the record. Texas Rule of Appellate Procedure 9.2(b), the mailbox rule, is **suspended** and does not apply to this deadline. No motions for extension of time will be entertained absent extraordinary circumstances. **Failure to comply with this order may result**

**in the issuance of a show cause order, notice, and service of citation against Gina Oliver, commanding her to appear before this Court to show cause why she should not be held in contempt**.

Judge's signature: /s/ <u>Justice Michael Massengale</u>

Date: July 17, 2012